

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file reply brief is hereby GRANTED. Time is extended to October 30, 2018.

It is so ORDERED on October 19, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court